[No. 2561]

## CLARK REALTY COMPANY, Appellant, *v.* H. C. DOUGLAS, Respondent.

REPORTER'S NOTE—Subsequent to the granting of the petition for rehearing, and prior to the decision thereon, the appellant dismissed its appeal. (See page 389.)